BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

NOV 14 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LAZARUS MOON,<br><br>        Defendant. | Case No. CR 19-0353-S DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 641<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461 |

The Grand Jury charges:

## COUNT ONE

**Theft of Government Property**
**18 U.S.C. § 641**

From May 2018 until September 2018, the exact dates being unknown, in the District of Idaho, the defendant, LAZARUS MOON, did willfully and knowingly steal and purloin the goods and property of the United States, to-wit: timber, of a value exceeding $1,000, in violation of Title 18, United States Code, Section 641.

**INDICTMENT** - 1

## **CRIMINAL FORFEITURE ALLEGATION**

**18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461**

As a result of the violation of Title 18, United States Code, Section 641, the Defendant, LAZARUS MOON, shall forfeit to the United States all property and property interests described below:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 14th day of November, 2019.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3