# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Lazarus Moon** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Clayton Albright | INTERPRETER: No |
| Telephone No.: (208) 587-7858 | If YES, language: |
| AGENCY: Forest Service | |
| CASE INFORMATION: | RELATED COMPLAINT: No<br>CASE NUMBER: CR 19-0353-S DCN |

*U.S. COURTS NOV 14 2019 Rcvd___ Filed___ Time___ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Boise** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **2 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 641 | ONE | Theft of Government Property | Up to 10 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 | FORFEITURE ALLEGATION | Criminal Forfeiture | Forfeiture of listed property |

Date: 14 November 2019    Assistant U.S. Attorney: DAVID G. ROBINS
Telephone No.: (208) 334-1584